UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Scottie Ray Morris and Lisa Carol Morris**
S.S. Nos.: xxx-xx-3900 and xxx-xx-9390
Mailing Address: 1507 Mountainview Avenue, Durham, NC 27705-

Case No. 11-81046

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on June 28, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 26, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
------
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 6/21/11
**Lastname-SS#:** morris-3900

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| North State | | $14,173 | 5.00 | $142 | $291.95 | 2005 Ford Mustang |
| Federal Financial | | $14,765 | 5.00 | $148 | $304.15 | 2008 Dodge Truck |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $3,000 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $21,938 |
| State Taxes | $12,397 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,238** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2.58** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE    (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

                                          /s Charlene Ennemoser
                                          Charlene Ennemoser

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Century Link
Post Office Box 4300
Carol Stream, IL 60197-4300

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

1st Point
Consumer Contact Center
2840 Electric Road, Ste. 202
Roanoke, VA 24018

Credit One Bank, N.A.**
PO Box 98873
Las Vegas, NV 89193-8873

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AFNI
Post Office Box 47248
Oak Park, MI 48237-7248

Duke University Hospital**
PO Box 15000
Durham, NC 27704

Experian
P.O. Box 2002
Allen, TX 75013-2002

AmeriCredit ***
Post Office Box 183853
Arlington, TX 76096-3853

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Ashford Lake Apartments
600 S. Churton Street
Hillsborough, NC 27278

Empi
599 Cardigan Road
Saint Paul, MN 55126

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

AT&T **
P.O. Box 80517
Charleston, SC 29416-0517

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Benjamin Gilbert, Director
Attn: Legal Dept. of UNC Hospitals
101 Manning Drive
Chapel Hill, NC 27514

Federal Financial Services
Post Office Box 247
116 East Market Street
Elkin, NC 28621

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Capital One **
Bankruptcy Department
PO BOX 85167
Richmond, VA 23285

Financial Asset Management Syste
Post Office Box 465208
Lawrenceville, GA 30042-5208

Financial Data Systems
1638 Military Cutoff Rd
Wilmington, NC 28403

National Credit Adjusters
Post Office Box 3023
Hutchinson, KS 67504-0550

Regional Acceptance Corp.**
Bankruptcy Section
Post Office Box 1847
Wilson, NC 27894-1847

First Point Collection Resources **
Post Office Box 26140
Greensboro, NC 27402-6140

NCO Financial Services **
PO Box 15630
Dept 72
Wilmington, DE 19850

Rutherford Electric Membership
186 Hudlow Road
Forest City, NC 28043

GMAC **
Post Office Box 380902
Bloomington, MN 55438-0903

North State Acceptance
P.O. Box 58187
Raleigh, NC 27658

Santander Consumer **
Post Office Box 961245
Fort Worth, TX 76161-1245

Heritage Apartments
405 Thomas Burke Drive
Hillsborough, NC 27278

Onslow Memorial Hospital
Post Office Box 75107
Charlotte, NC 28275-5107

Sprint Nextel-Correspondence******
Attn: Bankruptcy Department
Post Office Box 7949
Overland Park, KS 66207-0949

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Orange County Water and Sewer
400 Jones Ferry Road
Carrboro, NC 27510

TDAF
27777 Franklin Road
Farmington, MI 48334

LabCorp (Laboratory Corporation)
Post Office Box 2100
Burlington, NC 27216-2100

Pinnacle
Post Office Box 640
Hopkins, MN 55343-0640

Triangle Orthopedic
120 William Penn Plaza
Durham, NC 27704

Law Office of John T Orcutt
6616 Six Forks Road ste 203
Raleigh, NC 27615

Private Diagnostic Clinic, PLLC
5213 South Alston Avenue
Durham, NC 27713

UNC Hospitals***
211 Friday Center Drive
Suite G-21
Chapel Hill, NC 27517

Louise Beck Properties
319 Providence Road
Chapel Hill, NC 27514

Progress Energy Carolinas, Inc
c/o Inter Collection
PO Box 3136
Winston Salem, NC 27102-3138

US Attorney's Office   (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

MotoMax of Henderson
523 N. Garrett Street
Henderson, NC 27536

Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

Westlake Financial Services
Post Office Box 54807
Los Angeles, CA 90054-0807